No. 82–1330. THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. *v.* ROBERTS. C. A. 5th Cir. [Certiorari granted, 461 U. S. 956.] It appearing that respondent is not represented by a member of the Bar of this Court, it is ordered that Rhesa H. Barksdale, Esquire, of Jackson, Miss., is invited to present oral argument as *amicus curiae* in support of the judgment below. Oral argument in this case, presently scheduled for January 18, 1984, is postponed and the case of *New York* v. *Uplinger,* No. 82–1724 [certiorari granted, *ante,* p. 812], is set for oral argument in its stead.

No. 82–1577. MICHIGAN CANNERS & FREEZERS ASSN., INC., ET AL. *v.* AGRICULTURAL MARKETING AND BARGAINING BOARD ET AL. Sup. Ct. Mich. [Probable jurisdiction noted, *ante,* p. 912.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–240. LAWRENCE COUNTY ET AL. *v.* LEAD-DEADWOOD SCHOOL DISTRICT NO. 40–1. Sup. Ct. S. D.;

No. 83–592. OSTROSKY ET AL. *v.* ALASKA. Sup. Ct. Alaska;

No. 83–610. BABBITT FORD, INC. *v.* NAVAJO INDIAN TRIBE ET AL. C. A. 9th Cir.; and

No. 83–640. TEXAS *v.* KVUE–TV, INC., ET AL. C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 83–455. MEACHUM, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. *v.* BATTLE ET AL. C. A. 10th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied.

No. 83–5634. IN RE BROWN. Petition for writ of habeas corpus denied.

No. 83–576. IN RE AMERICAN BROADCASTING COS., INC.;

No. 83–5589. IN RE GRIFFITH; and

No. 83–5590. IN RE CANION. Petitions for writs of mandamus denied.

No. 83–276. SELECTIVE SERVICE SYSTEM ET AL. *v.* MINNESOTA PUBLIC INTEREST RESEARCH GROUP ET AL. Appeal from D. C. Minn. Probable jurisdiction noted.